IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANITA C. KNOWLES,
    Plaintiff,

vs.                                    CASE NO.:  3:02cv211/RV/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 18, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petition for authorization of attorney fees (doc. 26) is granted and the Commissioner is directed to pay attorney fees to plaintiff's counsel, Byron A. Lassiter, Esq., in the amount of $2,679.25.

    3.    Plaintiff's counsel, Byron A. Lassiter, Esq., shall refund to the plaintiff the $1,250.00 previously awarded him under the EAJA.

    DONE AND ORDERED this 16th day of June, 2005.

                                                    /s/ *Roger Vinson*
                                                    **ROGER VINSON**
                                                    **SENIOR UNITED STATES JUDGE**